UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JORDAN,<br><br>    Plaintiff<br><br>v.<br><br>NYE COUNTY, NEVADA, et al.,<br><br>    Defendants | Case No.: 2:24-cv-01028-APG-DJA<br><br>**Order Denying Motion for Summary Judgment as Moot**<br><br>[ECF No. 16] |

In light of the parties' notice of settlement (ECF No. 26),

I ORDER that the defendants' motion for summary judgment **(ECF No. 16) is DENIED as moot**, without prejudice to refile it if the settlement does not finalize.

DATED this 7th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE