*
BRENT L. RYMAN, ESQ. (#008648)
PAUL M. BERTONE, ESQ. (#004533)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Telephone: (775) 786-3930
*Attorneys for Defendants NYE COUNTY
and NICHOLAS HUGGINS*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN JORDAN, and individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NYE COUNTY, NEVADA on relation of the NYE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; and NICHOLAS HUGGINS, in his individual capacity; DOES I-V, inclusive,<br><br>    Defendants.<br>_____/ | Case No.: 2:24-cv-01028-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    COMES NOW, the parties, by and through their respective attorneys of record, and hereby stipulate that the above-entitled action be dismissed, with prejudice, with all parties

///
///
///
///
///

1

ERICKSON, THORPE &
SWAINSTON, LTD.

to bear their own court costs and attorney's fees.

DATED this 29th day of December, 2025.

           ERICKSON, THORPE & SWAINSTON, LTD.

           /s/ Brent Ryman
           BRENT L. RYMAN, ESQ. (#008648)
           PAUL M. BERTONE, ESQ. (#004533)
           ERICKSON, THORPE & SWAINSTON, LTD.
           1885 South Arlington Ave., Suite 205
           Reno, Nevada 89509
           Telephone: (775) 786-3930
           *Attorneys for Defendants NYE COUNTY and NICHOLAS HUGGINS*

///

DATED this 29th day of December, 2025.

           BREEDEN & ASSOCIATES, PLLC

           /s/ Brent Ryman
           ADAM J. BREEDEN, ESQ. (#008768)
           BREEDEN & ASSOCIATES, PLLC
           7432 W. Sahara Ave., Suite 101
           Las Vegas, Nevada 89117
           Telephone: (702) 819-7770
           *Attorneys for Plaintiff, JUSTIN JORDAN*

///
///

**ORDER**

Upon good cause appearing, the above-entitled case is hereby dismissed with prejudice between Plaintiffs and Defendant, with each party bearing their own court costs and attorneys fees.

IT IS SO ORDERED:

Dated: January 1, 2026

                                                      ANDREW P. GORDON
                                                      CHIEF UNITED STATES DISTRICT JUDGE